JOHNSTONE, Justice.
We affirm the summary judgments in favor of the defendants. The record does not contain substantial evidence that the alleged medical negligence was the proximate cause of the death of the patient whose administratrix has filed this action. Smith v. Medical Ctr. East, 585 So.2d 1325 (Ala.1991); Sasser v. Connery, 565 So.2d 50 (Ala.1990); and Peden v. Ashmore, 554 So.2d 1010 (Ala.1989). See also Ex parte Wiginton, 743 So.2d 1071 (Ala.1999); Morrison v. Franklin, 655 So.2d 964 (Ala. 1995); Marvin’s, Inc. v. Robertson, 608 So.2d 391 (Ala.1992); Boykin v. Magnolia Bay, Inc., 570 So.2d 639 (Ala.1990); Smith v. Equifax Servs., Inc., 537 So.2d 463 (Ala. 1988).
AFFIRMED.
HOOPER, C.J., and MADDOX, COOK, and LYONS, JJ., concur.